In the Matter of the Probate of the Last Will and Testament of MAURITS F. H. DE HAAS, Deceased.
ALICE PREBLE TUCKER DE HAAS, Appellant; MARIE DE HAAS LAMBERT et al., Respondents.

*Matter of de Haas,* 19 App. Div. 266, appeal dismissed.
(Argued October 20, 1899; decided October 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1897, affirming a judgment entered upon a verdict admitting to probate the will of Maurits F. H. de Haas. (See 156 N. Y. 698.)

*E. L. Hydecker* for appellant.

*Jacob S. Van Wyck* for respondents.

Appeal dismissed, with costs ; no opinion.
All concur, except PARKER, Ch. J., not sitting.